IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 98.191.61.76

**ISP:** Cox Communications
**Physical Location:** Cheshire, CT

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 04/01/2018 16:14:29 | 1305AF2893533555B290B3DC36AFE22AEEF38DB6 | Sex In The Summertime |
| 03/25/2018 22:11:46 | 35CD129B72D3A9BB6F8E2BB6B327505B4955F6AC | Pussy Cat Burglar |
| 11/02/2017 21:11:05 | 9DDF69A7085E60CFE619236137D8759D95286485 | Pussy Party |
| 10/16/2017 19:31:08 | 9D5CDFEA75C245C909F33367BD777FF3CD69C916 | The Cabin And My Wood |
| 08/05/2017 20:05:08 | 9A90BB3B08FBC81CF4CB979FCFB35A4FE35A755B | Sex For Three By The Sea |
| 07/30/2017 13:48:31 | 18219B62F2D04104C5575D6FCB831BA269613737 | Triple Blonde Fantasy |
| 07/28/2017 18:21:36 | 673AA4B478E333C74CF467AD24467FFB206B7019 | Emerald Love |
| 06/30/2017 16:25:41 | BD854E344F04DFE65B2D8A69F27CA4E023BFA1E4 | Superhot Sexting |

**Total Statutory Claims Against Defendant: 8**

EXHIBIT A

CT108