UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 98.191.61.76<br><br>                    Defendant. | Civil Action No. 3:18-cv-01050-MPS |

## PLAINTIFF'S NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE,** Plaintiff, Malibu Media, LLC, has settled this matter with Defendant, John Doe subscriber assigned IP address 98.191.61.76 ("Defendant") through his counsel, Robert Cashman.  Upon satisfaction of the terms of the parties' settlement agreement, to which Defendant still has executor obligations, Plaintiff will dismiss Defendant from this action with prejudice.

Dated:  December 26, 2018

Respectfully Submitted,

By: /s/ Kevin T. Conway, Esq.
Kevin T. Conway, Esq. (30364)
664 Chestnut Ridge Road
Spring Valley, NY 10977-6201
T: (845) 352-0206
F: (845) 352-0481
Email: ktcmalibu@gmail.com
*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

      I hereby certify that on December 26, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system

      By: /s/ *Kevin T. Conway, Esq.*
      Kevin T. Conway, Esq.